COMMONWEALTH of Pennsylvania, Respondent

v.

Dennis TOBY, Petitioner.

Supreme Court of Pennsylvania.

Dec. 17, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of December 2008, the Petition for Allowance of Appeal is **GRANTED,** limited to the question of whether the Superior Court erred when, on the basis of waiver, it refused to consider the trial court's failure to instruct the jury on the offense of involuntary manslaughter and the defense of duress. Further, the Superior Court's decision is **VACATED** to the extent it found waived Petitioner's challenge to the trial court's refusal to instruct the jury on the offense of involuntary manslaughter and the defense of duress in light of our decision in